```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

WILLIAM "BILL" OLIVER and
LINDA OLIVER                                              PLAINTIFFS

       v.        Case No. 06-5078

PHILLIP HENRY and
INTEL CORPORATION                                         DEFENDANTS

### ORDER

NOW on this 19th day of December, 2006, the above referenced matter comes on for consideration. Currently pending before the Court is defendants' **Motion to Compel** (document #10). Based upon representations from counsel, it is the Court's understanding that the motion is now moot and that the defendants wish to withdraw the pending motion. Therefore, the Court, being well and sufficiently advised, finds that defendants' **Motion to Compel** (document #10) should be, and it hereby is, **denied, as moot.**

**IT IS SO ORDERED.**

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT COURT