IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM "BILL" OLIVER AND
LINDA OLIVER                                                              PLAINTIFFS

V.                          NO. 06-5078

PHILLIP HENRY AND
INTEL CORPORATION                                                         DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

Now on this day, it appearing to the Court that this matter has been compromised and settled, the above styled case is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
HONORABLE JIMM LARRY HENDREN
DATE: 3/5/07

PREPARED BY:

D. Michael Huckabay, Jr., Bar No. 89135
HUCKABAY MUNSON ROWLETT & MOORE
400 W CAPITOL AVE STE 1900
LITTLE ROCK AR 72201-3515
  (501) 374-6535
*ATTORNEY FOR DEFENDANTS*

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 05 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK